IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'17 - CV - 00283**
(To be supplied by the court)

JOSEPH VIGIL,

Plaintiff,

v.

GILBERT "BO" ORTIZ,

Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JAN 30 2017**

JEFFREY P. COLWELL
CLERK

---

# TITLE VII COMPLAINT

## PARTIES

1. Plaintiff JOSEPH VIGIL is a citizen of THE UNITED STATES who presently resides at the following address:
829 E. 4th STREET, PUEBLO, COLORADO 81001

2. Defendant GILBERT "BO" ORTIZ lives at or is located at the following address:
215 W. 10th STREET, PUEBLO, COLORADO 81003

Attach a separate page, if necessary, to list additional parties.

## JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
215 W. 10th STREET, PUEBLO, COLORADO

6. Jurisdiction also is asserted pursuant to the following statutory authority:
N/A

(Rev 07/06)

**ADMINISTRATIVE PROCEDURES**

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on __10/14/2015__ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on __12/9/2016__ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    _____ Race         _____ Color           _____ Religion

    __✓__ Sex          _____ National Origin

    _____ Other (please specify) _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    __✓__ Failure to hire

    _____ Failure to promote

    _____ Demotion/discharge from employment

    _____ Other (please specify) _____

(Rev. 07/06)                                    2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

(See Attached)
(Original Complaint to EEOC)

Joseph Vigil
829 E. 4th Street
Pueblo, CO  81001
Cell Phone # (719) 551-7747

October 14, 2015

United States Equal Employment Opportunity Commission
303 E. 17th Avenue, Suite 410
Attn: Regional Director Mary Jo O'Neill
Denver, CO  80203

Re:   Formal Complaint Against Pueblo County Clerk & Recorder (Gilbert "Bo" Ortiz) and Patsy Cresswell, Human Resources Director for Pueblo County Courthouse

Dear Ms. O'Neill:

I wrote a letter to the County Commissioners and Mr. Ortiz regarding what I felt to be discrimination against me for the past five years. That letter was dated June 24, 2015, and I have not received any response.

I have been an Election Judge for Pueblo County for the past five years but only in a temporary capacity during the elections. A full-time job opened up in the Elections Department for a Election Clerk which I have already been trained for. I was not given an equal employment opportunity under the law to interview for this position. I feel I am being discriminated against because of my gender because all the full-time employees in the Elections Department are female. That is nine employees for that department. Mr. Ortiz also hires for the Title and License Plates Department which has about 20 employees which I would say have about 18 female employees. Mr. Ortiz likes to surround himself with women employees and I feel he has blatantly discriminated against me and has had Human Resources assist him in this process.

This latest event showed me Mr. Ortiz feels he is above the law by ignoring my letter and continuing to discriminate against me at will. I would like the EEOC to investigate these continuous acts of discrimination to prevent Mr. Ortiz from his unjust tactics and allow male employees to work in the office. He forced my hand when he did not even consider me for this latest job opening, which has been ongoing for five years against me.

All I ever wanted was a job with the County and I have been shot down time and time again and I know I am more than qualified for these positions. I served in the U.S. Army for eight years as a Stenographer, never been in jail, I don't even have anything on my driving record. That is what is so upsetting to me to see people hired that don't even come close to my record or work ethic.

Again, I would like this formal complaint investigated and you too will see what I am writing about. I have been patient for five years and just receive the same old story that they selected someone else for these positions.

Thank you in advance for your time and consideration regarding this matter. Any questions or concerns can be made to the address and phone number above.

Respectfully,

*Joseph Vigil*

Joseph Vigil

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

(See Attached Letter to County Commissioners)

*Gilbert "Bo" Ortiz stated to EEOC they never received this Letter, but Senator Leroy Garcia responded to this Letter that doesn't exist.*

(Rev. 07/06)                                    4

Joseph Vigil
829 E. 4th Street
Pueblo, Colorado  81001

June 24, 2015

Subject:  Human Resources

To:    County Commissioner Terry A. Hart
       County Commissioner Liane "Buffie" McFadyen
       County Commissioner Sal Pace

Dear County Commissioners:

I write this letter in hopes of addressing an issue I've had with your Human Resources Department for the past five years.  I have tried for 5 years to obtain full time employment in various capacities with the County, but to no avail.  I know I am qualified for the positions I have applied for and therefore, come to the conclusion that I am being black-balled by Human Resources for reasons I do not know.  I work in a temporary capacity as an Election Judge for the County so what is preventing me from full-time employment.  I feel this present Human Resources and the past administration are discriminating against me for some unknown reason.  I want to find out what that reason is because I don't deserve to be treated so unjustly with no justifiable explanation.  If I have the qualifications to be an Election Judge then I should be given an opportunity to work full time with the County.  I know what Human Resources has done to me and I would like you to look into this matter so you can see it for yourselves.

I served 8 years in the United States Army, as a Stenographer, never been in jail, my driving record is clean, what else am I expected to have to work full time for the County.  All I want is a fair chance.  I have construction experience plus I can do technical computer work but have never been given the chance.  Why?

One chance is all I ask.  I have always enjoyed working as an Election Judge and I like the people I work with and for.  I would be grateful to have a full-time job with the County and would appreciate the opportunity.

Respectfully,

*Joseph Vigil*
Joseph Vigil

cc:
    Senator Leroy Garcia
    Gilbert Ortiz
    Sean Tapia
    Patsy Cresswell

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

(See Attached Letter to Governor John Hickenlooper)

Joseph Vigil
829 E. 4th Street
Pueblo, CO  81001
(719) 551-7747

December 13, 2016

Governor John Hickenlooper
State Capitol
200 E. Colfax Avenue
Denver, CO  80203

Re:     Discrimination by Gilbert "Bo" Ortiz, Pueblo County Clerk & Recorder, Pueblo, CO

To The Honorable Governor John Hickenlooper:

I write this letter in frustration over the way I have been treated by Gilbert "Bo" Ortiz and now the State of Colorado.  For over five years I have been trying to get a job with Pueblo County and have been discriminated over and over again, but the State cannot find cause.  This is not a just decision but a political one.  I received a Right-to-Sue Letter from the EEOC, but why do I have to sue the County.  All I want is a job, nothing else.  I have tried for Janitor, Maintenance, Election Clerk and Administrative Assistant and Human Resources along with Gilbert Ortiz continue to lie and say that I am not qualified.

I served honorably for eight years in the U.S. Army as a Stenographer.  I took an oath to protect this Country and would have gave my life, if necessary.  Then I come home and my military record is not even taken into account when I have applied for these County positions.  My record will hold up to anyone in the County even Gilbert Ortiz' record.  I have never been in jail, no criminal record, not even a parking ticket but I am not qualified to work for the County, this is blatant discrimination.  But because of the system that is in place Gilbert Ortiz will continue to discriminate at will because he knows he will get away with it.

I waited ten months to receive a determination by EEOC only to be discriminated by the organization that is supposed to assist me.  Glenn Parker, Investigator and his supervisor Holly Romero did not return any of my phone calls regarding their determination.  And now I only have 90 days to file a law suit, why do you rush me, but can take ten months to respond, you see the unfairness?  There is cause and there is retaliation, why did they lie to me and say they would investigate when they are so backlogged they just rushed through my case.  This is an injustice that I cannot understand. It is just a vicious circle that needs to change.  I don't want to be treated special, but just to be treated equally and fairly like everyone else. They think I don't see what they are doing but believe me I see very clearly what they are doing and it is illegal.

I worked for Martin Marietta for five years and had a Secret Clearance.  I was promoted three times with Martin Marietta and can type 80 wpm.  I wrote letters for Generals in the Army for their signature.  I received the Army Commendation Medal (attached) for being able to run an administrative office for eight years. Unfortunately, that is not enough for Gilbert Ortiz who has never served in the Armed Forces, so what does he know about dedication to country and what it takes to be a soldier.

I write to you to ask you personally, with all respect and sincerity, that you look into this for me and you also will see the injustice that I've had to experience because Gilbert Ortiz thinks he is above the law.

I don't want to proceed with this lawsuit, all I want is a job and a career.

Thank you sir.

Respectfully,

*Joseph Vigil*

Joseph Vigil
Former American Soldier

Attachments: Letter to County Commissioners; Army Commendation Medal Certificate

cc: Congressman Michael Bennet, Senator Leroy Garcia, Gilbert Ortiz, EEOC

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

THE SUM OF $350,000 (Three Hundred and Fifty Thousand Dollars).

For 5 years of unnecessary distress

Date: 1/27/2017

Joseph Vigil
(Plaintiff's Original Signature)

829 E. 4th Street
(Street Address)

PUEBLO, COLORADO 81001
(City, State, ZIP)

(719) 551-7747
(Telephone Number)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Denver Field Office**

303 East 17th Avenue, Suite 410
Denver, CO  80203
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Denver Status Line:  (866) 408-8075
Denver Direct Dial:  (303) 866-1359
TTY (303) 866-1950
FAX (303) 866-1085

Joseph Vigil
829 East 4th Street
Pueblo, CO 81001

Dear Mr. Vigil:

This is to advise that, after reviewing all the information offered by you and the employer, we have made the determination to dismiss your charge of employment discrimination (EEOC Charge No. 541-2016-00180) against Pueblo County Clerk and Recorder.

EEOC will take no further action on the subject charge.  The enclosed **Dismissal and Notice of Rights** represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue this matter by filing a lawsuit within 90 days of receipt of the notice.  If you fail to file a lawsuit within the statutory 90-day period, your right to sue in federal court will expire and cannot be restored by the EEOC.

Sincerely,

December 09, 2016
_____         _____
Date                         Glenn Parker
                             Investigator

Enclosure:  Dismissal and Notice of Rights

EEOC Form 161 (11/16)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Joseph Vigil<br>829 East 4th Street<br>Pueblo, CO 81001 | **From:** Denver Field Office<br>303 East 17th Avenue<br>Suite 410<br>Denver, CO 80203 |

[ ]   *On behalf of person(s) aggrieved whose identity is* **CONFIDENTIAL** *(29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2016-00180 | Holly Romero,<br>Enforcement Supervisor | (303) 866-1341 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     December 09, 2016
Elizabeth Cadle,
District Director                                 *(Date Mailed)*

Enclosures(s)

cc:    **Peter Blood<br>Assistant County Attorney<br>PUEBLO COUNTY ATTORNEY'S OFFICE<br>215 West 10th Street, Room 312<br>Pueblo, CO 81003**

Joseph Vigil
829 E. 4th Street
Pueblo, CO 81001
(719) 551-7747

January 27, 2017

United States District Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

Re:   Title VII Complaint Packet

To Whom It May Concern:

Enclosed please find my Title VII Complaint with Civil Cover Letter and Application to Proceed in District Court without Prepaying Fees or Costs.

Also enclosed please find Right-to-Sue Letter from EEOC and supporting documentation.

If any additional information is needed, please contact me at the address or phone number listed above.

Thank you in advance for your assistance.

Respectfully,

*Joseph Vigil*
Joseph Vigil